HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ERNEST DICKERSON,

        Plaintiff,

   v.

MRS. MILLER-STOUT, et al,

        Defendants.

Case No. C06-5432RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Motion to Dismiss [Dkt. #7].

Having considered the entirety of the records and file herein, the Court rules as follows:

Plaintiff's Motion to Dismiss [Dkt. #7] is **GRANTED**. Pursuant to Fed. R. Civ. P. 41(a) this dismissal is without prejudice.

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 6th day of February, 2007.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1